# KEANE & ASSOCIATES

MEG R. REID, ESQ
Admitted in CT, MA, and NY

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 860-954-9452
Email: MRREID@TRAVELERS.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2021
```

June 7, 2021

The Honorable Colleen McMahon
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten: Conference adjourned to 7/8/2021 at 10:00 AM. Colleen McMahon 6/8/2021]*

**Re:** **The Travelers Indemnity Company v. Accredited Surety and Casualty Company**
Case Number: 1:21-cv-03412-CM

*MEMO ENDORSED*

Dear Judge McMahon:

I am counsel for Plaintiff, The Travelers Indemnity Company ("Travelers"), in connection with the above-referenced matter. I write to request a brief continuance of the initial conference currently scheduled for June 11, 2021.

Defendant, Accredited Surety and Casualty Company ("Accredited"), was served by way of the New York State Department of Financial Services on May 24, 2021 with an answer deadline of June 14, 2021. To date, no appearance has been filed and Travelers has not been contacted by or communicated with counsel for Accredited.

Based upon the foregoing, Travelers respectfully requests that the initial conference be continued at least 14 days to allow Accredited to appear and answer the Complaint.

Thank you.

Very truly yours,

/s/Meg R. Reid

Meg R. Reid

MRR/mrr
Enclosures
cc:

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| MS04A-0000 | 6TH FLOOR | SUITE 300 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |